Robert French, Jr., Tuscaloosa, for appellant.

Richmond M. Flowers, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed.

Certiorari denied by Supreme Court 168 So.2d 631 (6 Div. 148).

168 So.2d 27

James BROOKS

v.

CITY OF HUNTSVILLE.

8 Div. 858.

Court of Appeals of Alabama.

Oct. 6, 1964.

Orzell Billingsley, Jr., Peter A. Hall and J. Mason Davis, Birmingham, for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., and Chas. H. Younger, City Atty., Huntsville, for appellee.

CATES, Judge.

This appeal is controlled by Pearson v. City of Huntsville, ante p. 458, 168 So.2d 24, this day decided.

Reversed and remanded.

170 So.2d 504

Wallace Allen BROWN

v.

STATE.

2 Div. 114.

Court of Appeals of Alabama.

Oct. 6, 1964.

Rehearing Denied Oct. 27, 1964.

Wallace Allen Brown, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

PER CURIAM:

Reversed and remanded, authority of Pickelsimer v. Wainwright, 375 U.S. 2, 84 S.Ct. 80, 11 L.Ed.2d 41.

171 So.2d 124

James CARTER

v.

CITY OF BIRMINGHAM.

6 Div. 8.

Court of Appeals of Alabama.

Oct. 6, 1964.

Rehearing Denied Oct. 27, 1964.